EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR02 00232 SOM** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| TUAN A. NGO, | ) | 841(b)(1)(B) |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

Between February 24, 2002 and March 10, 2002, in the District of Hawaii, the defendant, TUAN A. NGO intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,



SEALED
BY ORDER OF THE COURT

Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges:

Between March 10, 2002 and March 24, 2002, in the District of Hawaii, TUAN A. NGO intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: June 5, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

2