AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2007

at __9__ o'clock and __25__ min, A.M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00232SOM |

TUAN A. NGO
"address unknown"
(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST TUAN A. NGO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Distribution of methamphetamine, Schedule II as charged in Counts 1 and 2



SEALED
BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 5, 2002 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL         By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  07-11-02 | Jams Yuen  AS | *[signature]* |